UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-45614 |
|---|---|---|
| James E. Lawler | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF THE LAW OFFICES OF WILLIAM J. FACTOR, LTD.

      This matter coming to be heard on the First and Final Fee Application (the "Application") of the Law Office of William J. Factor, Ltd. ("FactorLaw") for Compensation and Reimbursement of Expenses, as prior counsel to Joji Takada, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of James E. Lawler; and the Court finding that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and being otherwise advised in the premises; IT IS HEREBY ORDERED THAT:

      1. FactorLaw is hereby awarded and allowed fees in the amount of $8,000.00 for services rendered to the Trustee during the period of February 13, 2015 through November 11, 2016, which compensation shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

      2. FactorLaw is hereby awarded and allowed reimbursement of actual, necessary expenses in the amount of $256.06 which shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

      3. The Trustee is authorized to pay FactorLaw the total amount of $8,256.06.

Enter: *[signature: Bruce W. Black]*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: December 16, 2016

**Prepared by:**

Sara E. Lorber (6229740)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233