# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| James E Lawler | § | Case No. 14-45614 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/23/2014. The undersigned trustee was appointed on 12/23/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   20,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 8,256.00 |
| Bank service fees | 155.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 11,588.70 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/07/2015 and the deadline for filing governmental claims was 07/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 11.40 , for total expenses of $ 11.40 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2018          By:/s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-45614 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | James E Lawler | | | | Date Filed (f) or Converted (c): | 12/23/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/20/2015 |
| For Period Ending: | 11/01/2018 | | | | Claims Bar Date: | 07/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand. | 500.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account At Lincolnway Community Bank (Account # End | 35.97 | 0.00 | | 0.00 | FA |
| 3. Checking Account At Lincolnway Community Bank (Account # End | 138.91 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods And Furnishings. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Personal Clothing. | 250.00 | 0.00 | | 0.00 | FA |
| 6. Successor In Interest In ($55,000) In 529 Accounts For Debto | 0.00 | 0.00 | | 0.00 | FA |
| 7. Ira At Edward Jones | 9,546.00 | 0.00 | | 0.00 | FA |
| 8. 33% Ownership Interest In Mj Ventures, Llc, A Defunct, Insol | 0.00 | 0.00 | | 0.00 | FA |
| 9. 100% Ownership Interest In Tierney Woods, Llc, A Defunct, In | 0.00 | 0.00 | | 0.00 | FA |
| 10. 100% Ownership Interest In Careree Coatings, Llc, A Defunct, | 0.00 | 0.00 | | 0.00 | FA |
| 11. 50% Ownership Interes In Bhls Management, Inc., A Defunct, I | 0.00 | 0.00 | | 0.00 | FA |
| 12. 50% Ownership Interes In Rachel Ridge, Llc, A Defunct, Insol | 0.00 | 0.00 | | 0.00 | FA |
| 13. Possible Income Tax Refund Which Does Not Belong To The Debt | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Forest River Travel Trilaer (33 ') Recreational Vehicle | 7,500.00 | 0.00 | | 0.00 | FA |
| 15. Real Estate (u)  22494 Hanna Drive Lot, Frankfort, Illinois | Unknown | 20,000.00 | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $18,970.88     $21,000.00     $20,000.00     $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Investigating Debtor transfers; Hired bankruptcy counsel re same. - Joji Takada 2/25/2015

Compromise with Debtor re: transfer of real estate. Joji Takada 10/25/2015

Consulting with accountant re: estate tax returns. - Joji Takada 12/22/2015

Consulting with accountant re: estate tax returns. - Joji Takada 6/2/2016

TFR in process. - Joji Takada 11/27/2016

Resolving tax issues/inquiries. - Joji Takada 3/15/2017

Resolving tax issues/inquiries; Proceed with claims administration. - Joji Takada 7/25/2017

Proceed with claims administration. - Joji Takada 10/1/2017

Claims administration re secured claim. - Joji Takada 12/1/2017

Claims administration re support for Strick POC filed in case. - Joji Takada 3/19/2018

Prepare TFR documents. - Joji Takada 6/8/2018


Initial Projected Date of Final Report (TFR): 12/23/2016          Current Projected Date of Final Report (TFR): 06/30/2018

Exhibit B

| | |
|---|---|
| Case No: 14-45614 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: James E Lawler | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0171 |
| | Checking |
| Taxpayer ID No: XX-XXX1795 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/15 | 15 | Chester Foster Client Fund Account | Settlement payment Compromise re vacant land transferred to children | 1210-000 | $20,000.00 | | $20,000.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.76 | $19,961.24 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.68 | $19,931.56 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.63 | $19,901.93 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.68 | $19,874.25 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.55 | $19,844.70 |
| 01/10/17 | 1001 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel fees and costs | | | $8,256.00 | $11,588.70 |
| | | Law Office of William Factor | ($8,000.00) | 3210-000 | | | |
| | | Law Office of William Factor | ($256.00) | 3220-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $8,411.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $8,411.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $8,411.30 |

| | | |
|---|---|---|
| Page Subtotals: | $20,000.00 | $8,411.30 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0171 - Checking | $20,000.00 | $8,411.30 | $11,588.70 |
|  | $20,000.00 | $8,411.30 | $11,588.70 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:        $0.00        $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-45614  
Debtor Name: James E Lawler  
Claims Bar Date: 7/7/2015  

Date: November 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $11.40 | $11.40 |
| 100 3210 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $8,000.00 | $8,000.00 |
| 100 3220 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $256.00 | $256.00 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $17,372.04 | $17,372.04 |
| 5 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $105.71 | $105.71 |
| 6 300 7100 | American Express Bank, Fsb<br>Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $24,671.17 | $24,671.17 |
| 7 300 7100 | First Bank Of Manhattan<br>230 State Street<br>Manhattan, Il 60442 | Unsecured | | $0.00 | $652,159.36 | $652,159.36 |
| 8 300 7100 | Michael Strick<br>21242 Prestancia Drive<br>Mokena, Il 60448 | Unsecured | Claim objection sustained. - Joji Takada 5/21/2018 | $0.00 | $125,000.00 | $0.00 |

Page 1    Printed: November 1, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-45614  
Debtor Name: James E Lawler  
Claims Bar Date: 7/7/2015  

Date: November 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>400<br>4110 | Mark Kaup, Joan Kaup And Ventures, Llc<br>C/O Meghan E Preston, Rathbun Cservenyak & Kozol, Llc<br>9450 Enterprise Drive<br>Mokena, Il 60448 | Secured | | $0.00 | $401,463.99 | $0.00 |
| 3<br>400<br>4110 | Mark Kaup, Joan Kaup And Mj Ventures, Llc<br>C/O Meghan E Preston, Rathbun, Cservenyak & Kozol, Llc<br>9450 Enterprise Drive<br>Mokena, Il 60448 | Secured | | $0.00 | $401,463.99 | $0.00 |
| 4<br>400<br>4110 | Mark Kaup, Joan Kaup And Mj Ventures, Llc<br>C/O Meghan E Preston, Rathbun, Cservenyak & Kozol, Llc<br>9450 Enterprise Drive<br>Mokena, Il 60448 | Secured | | $0.00 | $401,463.99 | $0.00 |
| | Case Totals | | | $0.00 | $2,034,717.65 | $705,325.68 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-45614
Case Name: James E Lawler
Trustee Name: Joji Takada, Chapter 7 Trustee

| Balance on hand | $ | 11,588.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Joji Takada | $ 11.40 | $ 0.00 | $ 11.40 |
| Attorney for Trustee Fees: Law Office of William Factor | $ 8,000.00 | $ 8,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Office of William Factor | $ 256.00 | $ 256.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 2,761.40 |
| Remaining Balance | $ 8,827.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 694,308.28 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $ 17,372.04 | $ 0.00 | $ 220.86 |
| 5 | American Express Centurion Bank | $ 105.71 | $ 0.00 | $ 1.34 |
| 6 | American Express Bank, Fsb | $ 24,671.17 | $ 0.00 | $ 313.66 |
| 7 | First Bank Of Manhattan | $ 652,159.36 | $ 0.00 | $ 8,291.44 |

Total to be paid to timely general unsecured creditors        $        8,827.30

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE