# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: §
§
§
James E Lawler § Case No. 14-45614
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,500.00 *(Without deducting any secured claims)* | Assets Exempt: 10,470.88 |
| Total Distributions to Claimants: 8,827.30 | Claims Discharged Without Payment: 4,809,906.98 |
| Total Expenses of Administration: 11,172.70 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 21,247.00 | $ 1,204,391.97 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,172.70 | 11,172.70 | 11,172.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,103,179.00 | 819,308.28 | 694,308.28 | 8,827.30 |
| **TOTAL DISBURSEMENTS** | $ 4,124,426.00 | $ 2,034,872.95 | $ 705,480.98 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 12/23/2014 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2019              By:/s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1210-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | North Shore Bank Ssb 2215 S Oneida St Green Bay, WI 54304 |  | 21,247.00 | NA | NA | 0.00 |
| 3 | Mark Kaup, Joan Kaup And Mj Ventures, Llc | 4110-000 | NA | 401,463.99 | 0.00 | 0.00 |
| 4 | Mark Kaup, Joan Kaup And Mj Ventures, Llc | 4110-000 | NA | 401,463.99 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Mark Kaup, Joan Kaup And Ventures, Llc | 4110-000 | NA | 401,463.99 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 21,247.00 | $ 1,204,391.97 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Joji Takada | 2200-000 | NA | 11.40 | 11.40 | 11.40 |
| Associated Bank | 2600-000 | NA | 155.30 | 155.30 | 155.30 |
| Law Office of William Factor | 3210-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| Law Office of William Factor | 3220-000 | NA | 256.00 | 256.00 | 256.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,172.70 | $ 11,172.70 | $ 11,172.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Credit Card P.O. Box 3001 Malvern, PA 19355 | | 23,000.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 114.00 | NA | NA | 0.00 |
| | Brian Beary 15001 W. 159th Street Lockport, IL 60441 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 5,166.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,480.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/The Home Depot Attn: Bankruptcy Po Box 790328 Saint Louis, MO 63179 | | 4,732.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 17,727.00 | NA | NA | 0.00 |
| | First Bank of Manhattan c/o Shutts, Shutts & Portlock 323 Springfield Ave. Joliet, IL 60435 | | 315,000.00 | NA | NA | 0.00 |
| | GECRB/Lowes Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 302.00 | NA | NA | 0.00 |
| | John Kaup 21627 Schoolhouse Road New Lenox, IL 60451 | | 1,300,000.00 | NA | NA | 0.00 |
| | Mark Kaup 21627 S. Schoolhouse Rd. New Lenox, IL 60451 | | 1,300,000.00 | NA | NA | 0.00 |
| | Michael Strick 21243 Prestancia Drive Mokena, IL 60448 | | 125,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank 19201 S. LaGrange Rd Mokena, IL 60448 | | 1,000,000.00 | NA | NA | 0.00 |
| | PayPal Credit P.O. Box 105658 Atlanta, GA 30348-5658 | | 4,328.00 | NA | NA | 0.00 |
| | Td Bank USA/TargetCredit Po Box 673 Minneapolis, MN 55440 | | 330.00 | NA | NA | 0.00 |
| | Tim Hayes 14545 W. Wallingford Trail Manhattan, IL 60442 | | 0.00 | NA | NA | 0.00 |
| 6 | American Express Bank, Fsb | 7100-000 | NA | 24,671.17 | 24,671.17 | 313.66 |
| 1 | Discover Bank | 7100-000 | NA | 17,372.04 | 17,372.04 | 220.86 |
| 7 | First Bank Of Manhattan | 7100-000 | NA | 652,159.36 | 652,159.36 | 8,291.44 |
| 8 | Michael Strick | 7100-000 | NA | 125,000.00 | 0.00 | 0.00 |
| 5 | American Express Centurion Bank | 7100-001 | NA | 105.71 | 105.71 | 1.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 4,103,179.00 | $ 819,308.28 | $ 694,308.28 | $ 8,827.30 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-45614 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | James E Lawler | | | | Date Filed (f) or Converted (c): | 12/23/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/20/2015 |
| For Period Ending: | 02/12/2019 | | | | Claims Bar Date: | 07/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand. | 500.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account At Lincolnway Community Bank (Account # End | 35.97 | 0.00 | | 0.00 | FA |
| 3. Checking Account At Lincolnway Community Bank (Account # End | 138.91 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods And Furnishings. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Personal Clothing. | 250.00 | 0.00 | | 0.00 | FA |
| 6. Successor In Interest In ($55,000) In 529 Accounts For Debto | 0.00 | 0.00 | | 0.00 | FA |
| 7. Ira At Edward Jones | 9,546.00 | 0.00 | | 0.00 | FA |
| 8. 33% Ownership Interest In Mj Ventures, Llc, A Defunct, Insol | 0.00 | 0.00 | | 0.00 | FA |
| 9. 100% Ownership Interest In Tierney Woods, Llc, A Defunct, In | 0.00 | 0.00 | | 0.00 | FA |
| 10. 100% Ownership Interest In Careree Coatings, Llc, A Defunct, | 0.00 | 0.00 | | 0.00 | FA |
| 11. 50% Ownership Interes In Bhls Management, Inc., A Defunct, I | 0.00 | 0.00 | | 0.00 | FA |
| 12. 50% Ownership Interes In Rachel Ridge, Llc, A Defunct, Insol | 0.00 | 0.00 | | 0.00 | FA |
| 13. Possible Income Tax Refund Which Does Not Belong To The Debt | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Forest River Travel Trilaer (33 ') Recreational Vehicle | 7,500.00 | 0.00 | | 0.00 | FA |
| 15. Real Estate (u) 22494 Hanna Drive Lot, Frankfort, Illinois | Unknown | 20,000.00 | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $18,970.88    $21,000.00    $20,000.00    $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating Debtor transfers; Hired bankruptcy counsel re same. - Joji Takada 2/25/2015

Compromise with Debtor re: transfer of real estate. Joji Takada 10/25/2015

Consulting with accountant re: estate tax returns. - Joji Takada 12/22/2015

Consulting with accountant re: estate tax returns. - Joji Takada 6/2/2016

TFR in process. - Joji Takada 11/27/2016

Resolving tax issues/inquiries. - Joji Takada 3/15/2017

Resolving tax issues/inquiries; Proceed with claims administration. - Joji Takada 7/25/2017

Proceed with claims administration. - Joji Takada 10/1/2017

Claims administration re secured claim. - Joji Takada 12/1/2017

Claims administration re support for Strick POC filed in case. - Joji Takada 3/19/2018

Prepare TFR documents. - Joji Takada 6/8/2018

TFR filed. - Joji Takada 11/16/2018


Initial Projected Date of Final Report (TFR): 12/23/2016          Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-45614 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: James E Lawler | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0171 |
| | Checking |
| Taxpayer ID No: XX-XXX1795 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/15 | 15 | Chester Foster Client Fund Account | Settlement payment Compromise re vacant land transferred to children | 1210-000 | $20,000.00 | | $20,000.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.76 | $19,961.24 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.68 | $19,931.56 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.63 | $19,901.93 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.68 | $19,874.25 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.55 | $19,844.70 |
| 01/10/17 | 1001 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel fees and costs | | | $8,256.00 | $11,588.70 |
| | | Law Office of William Factor | ($8,000.00) | 3210-000 | | | |
| | | Law Office of William Factor | ($256.00) | 3220-000 | | | |
| 01/14/19 | 1002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,750.00 | $8,838.70 |
| 01/14/19 | 1003 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $11.40 | $8,827.30 |

Page Subtotals: $20,000.00 $11,172.70

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-45614 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: James E Lawler | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0171 |
| | Checking |
| Taxpayer ID No: XX-XXX1795 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/19 | 1004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $220.86 | $8,606.44 |
| 01/14/19 | 1005 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.34 | $8,605.10 |
| 01/14/19 | 1006 | American Express Bank, Fsb<br>Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $313.66 | $8,291.44 |
| 01/14/19 | 1007 | First Bank Of Manhattan<br>230 State Street<br>Manhattan, Il 60442 | Final distribution per court order. | 7100-000 | | $8,291.44 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals: $0.00  $8,827.30

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0171 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |